UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CITIBANK, N.A.,<br><br>     Plaintiff and Counter-Defendant,<br><br> -against-<br><br>MORGAN STANLEY & CO. INTERNATIONAL, PLC,<br><br>     Defendant and Counterclaimant. | 09 Civ. 8197 (SAS) |

## NOTICE OF MOTION TO DISMISS

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and supporting Declaration of Jonathan E. Pickhardt, dated February 26, 2010, Defendant Morgan Stanley & Co. International, PLC hereby moves this Court, before the Hon. Shira A. Scheindlin, in Courtroom 15C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for a judgment and order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, granting Defendant judgment on the pleadings and dismissing the Complaint for failure to state a claim upon which relief may be granted, and granting any such relief as this Court deems just and proper.

2

| | |
|---|---|
| DATED: New York, New York<br>February 26, 2010 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br><br>By: _____<br>Michael B. Carlinsky<br>Jonathan E. Pickhardt<br>Simona Gory<br><br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>simonagory@quinnemanuel.com<br><br>*Attorneys for Defendant Morgan Stanley & Co. International, PLC* |